(38 App. Div. 315.)

### HUSTED v. THOMSON et al.

(Supreme Court, Appellate Division, First Department.     March 24, 1899.)

COSTS—EXTRA ALLOWANCE.
    Extra allowance can be granted only where a sum of money is sought to be recovered, and therefore is not proper in an action to obtain some sort of relief in respect to a paper in the form of a general release executed by plaintiff, including injunction against its use.

Appeal from special term, New York county.

Action by Gilbert M. Husted against David Thomson, trustee of estate of Benjamin Lord, deceased, and another.     From an order granting defendant Thomson an extra allowance in addition to costs, plaintiff appeals.     Modified.

Argued before VAN BRUNT, P. J., and BARRETT, RUMSEY, O'BRIEN, and INGRAHAM, JJ.

A. Edward Woodruff, for appellant.

George Putnam Smith, for respondents.

O'BRIEN, J.    In Hanover Fire Ins. Co. v. Germania Fire Ins. Co.,
63 Hun, 275, 18 N. Y. Supp. 50 (affirmed 138 N. Y. 252, 33 N. E. 1065),
it was said:    "It has frequently been determined that, where no sum
of money is claimed in the pleadings or allowed to the plaintiff, there
is nothing upon which an extra allowance can be based, and the court
has no power to grant it."    The statement as to the nature of this ac-
tion in the affidavit of the defendant's attorney is that it "was brought
to obtain some sort of relief in respect to a paper in the form of a
general release which had been executed by the plaintiff, including an
injunction against its use."    Taking this statement as correct, and
with the most favorable view of the nature of the action, it is clear
that there was involved therein no proper basis for an allowance.    No
subject-matter of money value was involved, and therefore there was
no basis upon which to fix an allowance.

We think the order appealed from should be modified by striking
out the provision granting the extra allowance, with $10 costs and
disbursements of this appeal to the appellant.    All concur.

---

(38 App. Div. 314.)

CAHILL v. MANHATTAN RY. CO.

(Supreme Court, Appellate Division, First Department.    March 24, 1899.)

Appeal from special term, New York county.